UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARENAS,<br>A-220-487-403<br><br>Petitioner,<br><br>v.<br><br>U.S. ATTORNEY GENERAL, et. al.,<br><br>Respondents. | No. 2:26-cv-01354-DC-DMC-HC<br><br><u>ORDER</u> |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' motion to dismiss. <u>See</u> ECF No. 6.

Respondents argue that "Petitioner has been removed from the United States and is no longer in immigration detention, the petition for writ of habeas corpus should be dismissed as moot." Id. at pg. 1. In support of this claim, Respondents provide what appears to be an online record reflecting Petitioner's name and A-number which states "Released – Removed." ECF No. 6-2, pg. 2. Respondents do not explain where record was pulled from, who pulled the record nor do Respondents provide an affidavit from anyone involved in Petitioner's removal who can attest that Petitioner was removed.

The undersigned finds the record provided by Respondents here is insufficient to establish that Petitioner here has been deported.

Respondents are directed to file an affidavit or sworn declaration within fourteen (14) days of the date of this order to support their claim that Petitioner was removed.

IT IS SO ORDERED.

Dated: July 20, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE